Ryan *v.* Metropolitan Life Ins. Co.

# City Court

### *Trial Term—June,* 1887.

## RYAN, ADMINISTRATRIX, &C. *against* METROPOLITAN LIFE INS. CO.

A condition that no action shall be sustained, unless brought within a specified time, is valid.

McADAM, Ch. J.—An insurer may prescribe any conditions to his undertaking he pleases. The condition that no action upon the policy shall be sustained, unless commenced within a certain period, stands upon the same grounds as other conditions precedent, and is valid (*May on Insurance,* § 478 and cases cited). This action, not having been brought within the prescribed time (there being no waiver of the condition) is not maintainable (14 *N. Y.* 253; 30 *Id.* 546, 136; 72 *Id.* 500; 78 *Id.* 462).

It follows that the defendant is entitled to judgment.